Local Form (Rev. 3/2011)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | ORDER OF DETENTION PENDING FINAL HEARING ON PETITION |
| vs. | ) | Case No. 3:20-cr-67 |
| Peter Andrew Jaden, | ) | |
| Defendant. | ) | |

In accordance with Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), I conclude that the following facts require the detention of the defendant.

**PART I – FINDINGS AND CONCLUSIONS**

**Alternative A –** The Court finds one or more of the following:

- [✓] (1) The Defendant has not proven by clear and convincing evidence that the defendant is not likely to flee.
- [✓] (2) The Defendant has not proven by clear and convincing evidence that the defendant does not pose a danger to the safety of other persons or the community.

**Alternative B –** The Court finds one of the following:

- [ ] (1) Defendant does not contest detention at this time.
- [ ] (2) Defendant is not eligible for release at this time.

**PART II – WRITTEN STATEMENT OF REASONS FOR DETENTION**

On October 23, 2026, the court held a hearing on the United States' motion for detention of Peter Andrew Jaden until a December 22, 2026 hearing on a petition charging supervised release violations. In advocating for Jaden's detention, the United States proffered evidence surrounding the violations charged in the petition. Jaden requested release to return to his mother's home with location monitoring. Because Jaden was residing with his mother at the time of the alleged violations, the court finds return to that residence would not meet the requirement of Federal Rule of Criminal Procedure 32.1(a)(6) for clear and convincing evidence that Jaden will not flee or pose a danger to any other person or to the community.

**PART III – DIRECTIONS REGARDING DETENTION**

Defendant is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States marshal for the purpose of an appearance in connection with court proceedings.

Date: October 26, 2026

*/s/ Alice R. Senechal, Magistrate Judge*
United States Magistrate Judge